UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>REMEDIAL CIVIL CONSTRUCTORS, etc.,<br><br>　　　　Defendant. | CASE NO.: 08-06005 MMM (CTx)<br><br>[PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE AND RETENTION OF JURISDICTION |

**IT IS HEREBY ORDERED** that the above-entitled case be dismissed <u>without</u> prejudice.  The Court shall retain jurisdiction over this matter until the parties successfully complete their settlement of the underlying dispute.  Plaintiffs may reopen this action by filing a stipulation for entry of judgment and making a good faith showing that defendant has defaulted under their settlement agreement beyond any applicable cure period.

DATED:  October 28, 2009

　　　　　　　　　　　　　　　　　*Margaret M. Morrow*
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

[Proposed} Order Re Dismissal Without Prejudice and Retention of Jurisdiction

251295.1