1  LAQUER, URBAN, CLIFFORD & HODGE LLP
   Jacqueline L. Sugarman, Esq., State Bar No. 245840
2  225 South Lake Avenue, Suite 200
3  Pasadena, California 91101-3030
   Telephone: (626) 449-1882
4  Facsimile: (626) 449-1958
   Email: sugarman@luch.com
5
6  Counsel for Plaintiffs, Trustees of the Operating
   Engineers Pension Trust, et al.
7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10 TRUSTEES OF THE OPERATING            CASE NO.: 08-06005 MMM (CTx)
11 ENGINEERS PENSION TRUST,
   TRUSTEES OF THE OPERATING            **JUDGMENT**
12 ENGINEERS HEALTH AND
13 WELFARE FUND, TRUSTEES OF THE
   OPERATING ENGINEERS
14 VACATION-HOLIDAY SAVINGS
15 TRUST, and TRUSTEES OF THE
   OPERATING ENGINEERS TRAINING
16 TRUST,
17
              Plaintiffs,
18
19      v.

20 REMEDIAL CIVIL CONSTRUCTORS,
21 INC., a California corporation,

22            Defendant.
23
24 ///
25 ///
26 ///
27 ///
28 ///

                                1
                                                              Judgment
245488.1

1  The Court having considered and approved the stipulation for entry of judgment
2  submitted by and between defendant Remedial Civil Constructors, Inc. (hereinafter
3  "Remedial Civil Constructors"), and plaintiffs Trustees of the Operating Engineers
4  Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund,
5  Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of
6  the Operating Engineers Training Trust, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust shall recover from defendant Remedial Civil Constructors, Inc. the principal amount of $62,116.19, plus pre-judgment and post-judgment interest thereon from September 21, 2009, at the rate of six percent (6%) per annum, from the date judgment is entered until paid in full.

DATED: December 10, 2009

_Margaret M. Morrow_
UNITED STATES DISTRICT JUDGE

2

Judgment

245488.1